```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION


DANIEL B. HURLBUT                                    PLAINTIFF


v.                          Case No. 13-6045


DR. LIZBETH MURPHY; DR. MARVIN
KIRK; DR. NATALIE STRODE; SERGEANT
CECIL HATHCOCK; SERGEANT MELUGIN;
SERGEANT SUSAN TURNER; NURSE BECKY
KINNU; HEARING OFFICER TERRIE L.
BANISTER; WARDEN REED; LIEUTENANT
ADAM CLARK; UNIT WARDEN GOLDEN;
DREAM YOUNG, Unit Health Services
Administrator; CORPORAL HUNTER;
MR. JONES, Mental Health; and
MS. BUCKNER, Mental Health                           DEFENDANTS
```

## ORDER

Now on this 3rd day of March 2015, there comes on for consideration the report and recommendation filed herein on February 5, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 150). No objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:   The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Defendants' Motions for Summary Judgment (docs. 133 & 138) are GRANTED, and this case is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies. Plaintiff's Motion for Partial Summary Judgment (doc. 129) is

DENIED.

    IT IS SO ORDERED.

                              /s/  Robert  T.  Dawson
                              Honorable Robert T. Dawson
                              United States District Judge