```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                      HOT SPRINGS DIVISION
```

DANIEL B. HURLBUT                                        PLAINTIFF

v.                         Case No. 13-6045

DR. LIZBETH MURPHY; DR. MARVIN
KIRK; DR. NATALIE STRODE; SERGEANT
CECIL HATHCOCK; SERGEANT MELUGIN;
SERGEANT SUSAN TURNER; NURSE BECKY
KINNU; HEARING OFFICER TERRIE L.
BANISTER; WARDEN REED; LIEUTENANT
ADAM CLARK; UNIT WARDEN GOLDEN;
DREAM YOUNG, Unit Health Services
Administrator; CORPORAL HUNTER;
MR. JONES, Mental Health; and
MS. BUCKNER, Mental Health                              DEFENDANTS

## JUDGMENT

For reasons set forth in the Order filed contemporaneously herewith, Plaintiff's Second Amended Complaint (doc. 69) is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies. **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 3rd day of March 2015.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge

**AO72A**
**(Rev. 8/82)**